**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| BT LAKESIDE ROOFING INC. | § | Case No. 17-23298 |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/04/2017. The undersigned trustee was appointed on 08/04/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 54,270.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 20.98 |
| Bank service fees | | 829.72 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 53,419.30 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 12/14/2017 and the deadline for filing governmental claims was 01/31/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,963.50 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,963.50 , for a total compensation of $ 5,963.50 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 13.00 , for total expenses of $ 13.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/02/2018                   By: /s/BRENDA PORTER HELMS, TRUSTEE
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Page: 1

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-23298 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | BT LAKESIDE ROOFING INC. | | | | Date Filed (f) or Converted (c): | 08/04/2017 (f) |
| | | | | | 341(a) Meeting Date: | 09/05/2017 |
| For Period Ending: | 09/02/2018 | | | | Claims Bar Date: | 12/14/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Fifth Third checking | 52,000.00 | 52,000.00 | | 54,220.00 | FA |
| 2. Fifth Third savings | 50.00 | 50.00 | | 50.00 | FA |
| 3. Office Equipment  4 desktop computers (4-6 years old); postal machine; printer | 750.00 | 750.00 | | 0.00 | FA |
| 4. 2010 Ford Edge Ltd. 153,000 miles | 3,634.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $56,434.00        $52,800.00        $54,270.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/1/18: Trustee recovered additional funds from Debtor's bank accounts. Trustee determined there were no pre-petition transfers recoverable by the Estate. Trustee reviewed claims and prepared her TFR.

9/30/17: Debtor has turned over to trustee funds in bank account. Trustee is investigating possible preferences.

Initial Projected Date of Final Report (TFR): 12/31/2018        Current Projected Date of Final Report (TFR): 12/31/2018

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 17-23298 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BT LAKESIDE ROOFING INC. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX3896 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0327 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/02/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/13/17 | | BT Lakeside Roofing | Turnover of bank account | | $53,418.75 | | $53,418.75 |
| | | | Gross Receipts           $53,418.75 | | | | |
| | 1 | | Fifth Third checking     $53,368.75 | 1129-000 | | | |
| | 2 | | Fifth Third savings          $50.00 | 1129-000 | | | |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.10 | $53,372.65 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $79.34 | $53,293.31 |
| 11/10/17 | 1 | BT Lakeside Roofing | proceeds of bank account | 1129-000 | $851.25 | | $54,144.56 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.53 | $54,067.03 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $80.38 | $53,986.65 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $80.27 | $53,906.38 |
| 02/28/18 | 101 | INTERNATIONAL SURETIES LTD International Sureties Ltd | #016073584 | 2300-000 | | $20.98 | $53,885.40 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.39 | $53,813.01 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $80.01 | $53,733.00 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.31 | $53,655.69 |

| | | |
|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 4)* | Page Subtotals: $54,270.00 | $614.31 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 17-23298
Case Name: BT LAKESIDE ROOFING INC.
Taxpayer ID No: XX-XXX0327
For Period Ending: 09/02/2018

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX3896
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $79.77 | $53,575.92 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.08 | $53,498.84 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $79.54 | $53,419.30 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $54,270.00 | $850.70 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $54,270.00 | $850.70 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $54,270.00 | $850.70 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*  Page Subtotals:  $0.00   $236.39

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3896 - Checking | $54,270.00 | $850.70 | $53,419.30 |
|  | $54,270.00 | $850.70 | $53,419.30 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $54,270.00 |
| Total Gross Receipts: | $54,270.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-23298  
Debtor Name: BT LAKESIDE ROOFING INC.  
Claims Bar Date: 12/14/2017

Date: September 2, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | THE HELMS LAW FIRM PC<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Administrative | | $0.00 | $5,963.50 | $5,963.50 |
| 100 2200 | THE HELMS LAW FIRM PC<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Administrative | | $0.00 | $13.00 | $13.00 |
| 1 300 7100 | HOUSEWORKS DAYLIGHTING SOLUTIONS<br>1809 ELMDALE AVENUE<br>GLENVIEW, IL 60026 | Unsecured | | $383.28 | $383.28 | $383.28 |
| 2 300 7100 | MACARTHUR CO. A MINNESOTA CORP<br>D/B/A INSULATION PLUS<br>MARK J. MCCLENATHAN - HEYL ROYSTER<br>120 W. STATE ST. PO BOX 1288<br>ROCKFORD, IL 61105 | Unsecured | | $156,500.00 | $200,610.55 | $200,610.55 |
| 3 300 7100 | JJ SUPERIOR METAL INC.<br>4302 WARREN AVE<br>HILLSIDE, IL 60162 | Unsecured | | $10,771.79 | $10,771.79 | $10,771.79 |
| 4 300 7100 | KINDWALD LAW OFFICES, P.C.<br>DONALD J. KINDWALD<br>105 W. MADISON ST. - STE. 1800<br>CHICAGO, IL 60602 | Unsecured | | $27,061.06 | $27,061.06 | $27,061.06 |
| 5 300 7100 | AMERICAN INTERSTATE INSURANCE CO.<br>C/O TELLER, LEVIT & SILVERTRUST, P.C.<br>19 S. LASALLE ST. STE 701<br>CHICAGO, IL 60603 | Unsecured | | $10,500.00 | $30,234.99 | $30,234.99 |
| 6 300 7100 | GUS"S AUTO PLUS, INC.<br>515 S. GRACE ST.<br>ADDISON, IL 60101 | Unsecured | | $1,341.55 | $1,615.77 | $1,615.77 |
| 7 300 7100 | T MOBILE/T-MOBILE USA INC<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118 | Unsecured | | $0.00 | $2,025.52 | $2,025.52 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-23298  
Debtor Name: BT LAKESIDE ROOFING INC.  
Claims Bar Date: 12/14/2017  
Date: September 2, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8<br>300<br>7100 | T MOBILE/T-MOBILE USA INC<br>BY AMERICAN INFOSOURCE<br>LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118 | Unsecured | | $0.00 | $792.10 | $792.10 |
| 9<br>300<br>7100 | KROPP EQUIPMENT INC.<br>1020 KENNEDY AVE.<br>SCHERERVILLE, IN 46375 | Unsecured | | $879.25 | $879.25 | $879.25 |
| 10<br>300<br>7100 | TOMMY E. PINKARD<br>LAW OFFICES OF JAY L. DAHL, LTD.<br>1122 BRIGHAM WAY<br>GENEVEA, IL 60134 | Unsecured | | $19,410.95 | $49,827.84 | $49,827.84 |
| 11<br>300<br>7100 | BADGER MUTUAL INSURANCE COMPANY<br>C/O BERGSTROM LAW, LTD.<br>9555 S. EASTERN AVE STE 200<br>LAS VEGAS, NV 89123 | Unsecured | | $20,190.80 | $21,149.15 | $21,149.15 |
| 12<br>350<br>7200 | NETSPHERE TECHNOLOGIES, INC.<br>AMY BARTON<br>10 N. MARTINGALE RD., STE 630<br>SCHAUMBURG, IL 60173 | Unsecured | | $3,330.00 | $3,656.15 | $3,656.15 |
| | Case Totals | | | $250,368.68 | $354,983.95 | $354,983.95 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                                Printed: September 2, 2018

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-23298
Case Name: BT LAKESIDE ROOFING INC.
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand                                                                     $        53,419.30

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THE HELMS LAW FIRM PC | $ 5,963.50 | $ 0.00 | $ 5,963.50 |
| Trustee Expenses: THE HELMS LAW FIRM PC | $ 13.00 | $ 0.00 | $ 13.00 |

Total to be paid for chapter 7 administrative expenses         $        5,976.50
Remaining Balance                                                                  $       47,442.80

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 345,351.30  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  13.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | HOUSEWORKS DAYLIGHTING SOLUTIONS | $ 383.28 | $ 0.00 | $ 52.65 |
| 2 | MACARTHUR CO. A MINNESOTA CORP | $ 200,610.55 | $ 0.00 | $ 27,558.97 |
| 3 | JJ SUPERIOR METAL INC. | $ 10,771.79 | $ 0.00 | $ 1,479.78 |
| 4 | KINDWALD LAW OFFICES, P.C. | $ 27,061.06 | $ 0.00 | $ 3,717.53 |
| 5 | AMERICAN INTERSTATE INSURANCE CO. | $ 30,234.99 | $ 0.00 | $ 4,153.55 |
| 6 | GUS"S AUTO PLUS, INC. | $ 1,615.77 | $ 0.00 | $ 221.97 |
| 7 | T MOBILE/T-MOBILE USA INC | $ 2,025.52 | $ 0.00 | $ 278.26 |
| 8 | T MOBILE/T-MOBILE USA INC | $ 792.10 | $ 0.00 | $ 108.82 |
| 9 | KROPP EQUIPMENT INC. | $ 879.25 | $ 0.00 | $ 120.79 |
| 10 | TOMMY E. PINKARD | $ 49,827.84 | $ 0.00 | $ 6,845.12 |
| 11 | BADGER MUTUAL INSURANCE COMPANY | $ 21,149.15 | $ 0.00 | $ 2,905.36 |
| | Total to be paid to timely general unsecured creditors | | | $ 47,442.80 |

    Remaining Balance      $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 3,656.15 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | NETSPHERE TECHNOLOGIES, INC. | $ 3,656.15 | $ 0.00 | $ 0.00 |

    Total to be paid to tardy general unsecured creditors      $_____0.00

    Remaining Balance      $_____0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE