IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 17-23298 |
| | ) | |
| BT LAKESIDE ROOFING, INC. | ) | HON. JANET S. BAER |
| | ) | BANKRUPTCY JUDGE |

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused a copy of the attached Notice to Creditors to be served upon the parties listed on the attached Service List, by depositing a copy of same, postage prepaid, in the U.S. Mail, on this 20th day of December, 2018 at 3400 W. Lawrence Ave., Chicago, Illinois.

/s/ Brenda Porter Helms

Brenda Porter Helms
#6184302
The Helms Law Firm, P.C.
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: | § |
| | § |
| BT LAKESIDE ROOFING INC. | §    Case No. 17-23298 |
| | § |
| Debtor | § |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 02/01/2019 in Courtroom 240,
Janet S. Baer
Kane County Courthouse
100 S. Third Street
Geneva Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/19/2018          By: /s/ Brenda Porter Helms
                                         Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| BT LAKESIDE ROOFING INC. | § § | Case No. 17-23298 |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 54,270.00 |
| and approved disbursements of | $ | 850.70 |
| leaving a balance on hand of[1] | $ | 53,419.30 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THE HELMS LAW FIRM PC | $ 5,963.50 | $ 0.00 | $ 5,963.50 |
| Trustee Expenses: THE HELMS LAW FIRM PC | $ 13.00 | $ 0.00 | $ 13.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 5,976.50 |
| Remaining Balance | $ 47,442.80 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 345,351.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | HOUSEWORKS DAYLIGHTING SOLUTIONS | $ 383.28 | $ 0.00 | $ 52.65 |
| 2 | MACARTHUR CO. A MINNESOTA CORP | $ 200,610.55 | $ 0.00 | $ 27,558.97 |
| 3 | JJ SUPERIOR METAL INC. | $ 10,771.79 | $ 0.00 | $ 1,479.78 |
| 4 | KINDWALD LAW OFFICES, P.C. | $ 27,061.06 | $ 0.00 | $ 3,717.53 |
| 5 | AMERICAN INTERSTATE INSURANCE CO. | $ 30,234.99 | $ 0.00 | $ 4,153.55 |
| 6 | GUS"S AUTO PLUS, INC. | $ 1,615.77 | $ 0.00 | $ 221.97 |
| 7 | T MOBILE/T-MOBILE USA INC | $ 2,025.52 | $ 0.00 | $ 278.26 |
| 8 | T MOBILE/T-MOBILE USA INC | $ 792.10 | $ 0.00 | $ 108.82 |
| 9 | KROPP EQUIPMENT INC. | $ 879.25 | $ 0.00 | $ 120.79 |
| 10 | TOMMY E. PINKARD | $ 49,827.84 | $ 0.00 | $ 6,845.12 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | BADGER MUTUAL INSURANCE COMPANY | $ 21,149.15 | $ 0.00 | $ 2,905.36 |
| | Total to be paid to timely general unsecured creditors | | $ | 47,442.80 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 3,656.15 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | NETSPHERE TECHNOLOGIES, INC. | $ 3,656.15 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

| History: | | | |
|---|---|---|---|
| Details | 6-1 | 10/31/2017 | Claim #6 filed by Gus's Auto Plus, Inc., Amount claimed: $1615.77 (Collins-Mong, Tara) |
| Description: | | | |
| Remarks: | | | |

| Creditor: (26229205)<br>T Mobile/T-Mobile USA Inc<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | **Claim No: 7**<br>Original Filed Date: 11/24/2017<br>Original Entered Date: 11/24/2017 | Status:<br>Filed by: CR<br>Entered by: Jennifer Harris<br>Modified: |
|---|---|---|

| Amount claimed: | $2025.52 | | |
|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 7-1 | 11/24/2017 | Claim #7 filed by T Mobile/T-Mobile USA Inc, Amount claimed: $2025.52 (Harris, Jennifer) |
| Description: | | | |
| Remarks: | | | |

| Creditor: (26229205)<br>T Mobile/T-Mobile USA Inc<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | **Claim No: 8**<br>Original Filed Date: 11/24/2017<br>Original Entered Date: 11/24/2017 | Status:<br>Filed by: CR<br>Entered by: Jennifer Harris<br>Modified: |
|---|---|---|

| Amount claimed: | $792.10 | | |
|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 8-1 | 11/24/2017 | Claim #8 filed by T Mobile/T-Mobile USA Inc, Amount claimed: $792.10 (Harris, Jennifer) |
| Description: | | | |
| Remarks: | | | |

| Creditor: (26253700)<br>Kropp Equipment Inc.<br>1020 Kennedy Ave.<br>Schererville, IN 46375 | **Claim No: 9**<br>Original Filed Date: 12/01/2017<br>Original Entered Date: 12/04/2017 | Status:<br>Filed by: CR<br>Entered by: Tara Collins-Mong<br>Modified: |
|---|---|---|

| Amount claimed: | $879.25 | | |
|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 9-1 | 12/01/2017 | Claim #9 filed by Kropp Equipment Inc., Amount claimed: $879.25 (Collins-Mong, Tara) |
| Description: | | | |
| Remarks: | | | |

| Amount claimed: | $10771.79 | | |
|---|---|---|---|
| History: | | | |
| Details | 3-1 | 09/27/2017 | Claim #3 filed by JJ Superior Metal Inc., Amount claimed: $10771.79 (Collins-Mong, Tara) |
| Description: | | | |
| Remarks: | | | |

| Creditor: (26071721) History<br>Kindwald Law Offices, P.C.<br>Donald J. Kindwald<br>105 W. Madison St. - Ste. 1800<br>Chicago, IL 60602 | Claim No: 4<br>Original Filed Date: 10/03/2017<br>Original Entered Date: 10/03/2017 | Status:<br>Filed by: CR<br>Entered by: Donald J. Kindwald<br>Modified: 10/04/2017 |
|---|---|---|

| Amount claimed: | $27061.06 | | |
|---|---|---|---|
| History: | | | |
| Details | 4-1 | 10/03/2017 | Claim #4 filed by Kindwald Law Offices, P.C., Amount claimed: $27061.06 (Kindwald, Donald) |
| Description: (4-1) Legal Fees | | | |
| Remarks: (4-1) modified to correct creditor's name 10/4/17 (tcm) | | | |

| Creditor: (25886642) History<br>American Interstate Insurance Co.<br>c/o Teller, Levit & Silvertrust, P.C.<br>19 S. Lasalle St. Ste 701<br>Chicago, IL 60603 | Claim No: 5<br>Original Filed Date: 10/12/2017<br>Original Entered Date: 10/12/2017 | Status:<br>Filed by: AT<br>Entered by: Kevin Posen<br>Modified: 10/13/2017 |
|---|---|---|

| Amount claimed: | $30234.99 | | |
|---|---|---|---|
| History: | | | |
| Details | 5-1 | 10/12/2017 | Claim #5 filed by American Interstate Insurance Co., Amount claimed: $30234.99 (Posen, Kevin) |
| Description: | | | |
| Remarks: (5-1) modified to correct creditor's name/address 10/13/17 (tcm) | | | |

| Creditor: (26161389)<br>Gus's Auto Plus, Inc.<br>515 S. Grace St.<br>Addison, IL 60101 | Claim No: 6<br>Original Filed Date: 10/31/2017<br>Original Entered Date: 11/01/2017 | Status:<br>Filed by: CR<br>Entered by: Tara Collins-Mong<br>Modified: |
|---|---|---|

| Amount claimed: | $1615.77 | | |
|---|---|---|---|
| History: | | | |
| Details | 6-1 | 10/31/2017 | Claim #6 filed by Gus's Auto Plus, Inc., Amount claimed: $1615.77 (Collins-Mong, Tara) |
| Description: | | | |
| Remarks: | | | |

# Northern District of Illinois
# Claims Register

### 17-23298 BT Lakeside Roofing Inc.

**Honorable Judge:** Janet S. Baer  **Chapter:** 7
**Office:** Eastern Division  **Last Date to file claims:** 12/14/2017
**Trustee:** Brenda Porter Helms ESQ  **Last Date to file (Govt):** 01/31/2018

| Creditor: (25886656) Houseworks Daylighting Solutions 1809 Elmdale Avenue Glenview, IL 60026 | Claim No: 1 Original Filed Date: 09/25/2017 Original Entered Date: 09/26/2017 | Status: Filed by: CR Entered by: Tara Collins-Mong Modified: |
|---|---|---|

Amount claimed: $383.28

**History:**
| Details | 1-1 | 09/25/2017 | Claim #1 filed by Houseworks Daylighting Solutions, Amount claimed: $383.28 (Collins-Mong, Tara) |

Description:
Remarks:

| Creditor: (26044310) History MacArthur Co. a Minnesota Corp d/b/a Insulation Plus Mark J. McClenathan - Heyl Royster 120 W. State St. PO Box 1288 Rockford, IL 61105 | Claim No: 2 Original Filed Date: 09/26/2017 Original Entered Date: 09/26/2017 | Status: Filed by: CR Entered by: Mark J McClenathan Modified: 09/27/2017 |
|---|---|---|

Amount claimed: $200610.55

**History:**
| Details | 2-1 | 09/26/2017 | Claim #2 filed by MacArthur Co. a Minnesota Corp, Amount claimed: $200610.55 (McClenathan, Mark) |

Description:
Remarks: (2-1) modified to correct creditor's name/address 9/27/17 (tcm)

| Creditor: (26051884) JJ Superior Metal Inc. 4302 Warren Ave Hillside, IL 60162 | Claim No: 3 Original Filed Date: 09/27/2017 Original Entered Date: 09/28/2017 | Status: Filed by: CR Entered by: Tara Collins-Mong Modified: |
|---|---|---|

**History:**
| Details | 3-1 | 09/27/2017 | Claim #3 filed by JJ Superior Metal Inc., Amount claimed: $10771.79 (Collins-Mong, Tara) |

Description:
Remarks:

| Creditor: (26012237) History<br>Tommy E. Pinkard<br>Law Offices of Jay L. Dahl, Ltd.<br>1122 Brigham Way<br>Genevea, IL 60134 | Claim No: 10<br>Original Filed Date: 12/08/2017<br>Original Entered Date: 12/08/2017 | Status:<br>Filed by: CR<br>Entered by: Jay L Dahl<br>Modified: 12/11/2017 |
|---|---|---|
| Amount claimed: $49827.84 | | |
| History: | | |
| Details | 10-1 | 12/08/2017 | Claim #10 filed by Tommy E. Pinkard, Amount claimed: $49827.84 (Dahl, Jay) |
| Description: (10-1) Claim for past due wages | | |
| Remarks: (10-1) Under (820 ILCS 115/et al) IL Wage Payment & Collection Act modified to correct creditor's name/address 12/11/17 (tcm) | | |

| Creditor: (26270993) History<br>Badger Mutual Insurance Company<br>c/o Bergstrom Law, Ltd.<br>9555 S. Eastern Ave Ste 200<br>Las Vegas, NV 89123 | Claim No: 11<br>Original Filed Date: 12/09/2017<br>Original Entered Date: 12/09/2017 | Status:<br>Filed by: AT<br>Entered by: Steven E Stern<br>Modified: 12/11/2017 |
|---|---|---|
| Amount claimed: $21149.15 | | |
| Secured claimed: $0.00 | | |
| Priority claimed: $0.00 | | |
| History: | | |
| Details | 11-1 | 12/09/2017 | Claim #11 filed by Badger Mutual Insurance Company, Amount claimed: $21149.15 (Stern, Steven) |
| Description: | | |
| Remarks: (11-1) modified to correct creditor's name/address 12/11/17 (tcm) | | |

| Creditor: (26292363)<br>Netsphere Technologies, Inc.<br>Amy Barton<br>10 N. Martingale Rd., Ste 630<br>Schaumburg, IL 60173 | Claim No: 12<br>Original Filed Date: 12/15/2017<br>Original Entered Date: 12/18/2017 | Status:<br>Filed by: CR<br>Entered by: Tara Collins-Mong<br>Modified: |
|---|---|---|
| Amount claimed: $3656.15 | | |
| History: | | |
| Details | 12-1 | 12/15/2017 | Claim #12 filed by Netsphere Technologies, Inc., Amount claimed: $3656.15 (Collins-Mong, Tara) |
| Description: | | |
| Remarks: | | |

**Claims Register Summary**