# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| BT LAKESIDE ROOFING INC. § | Case No. 17-23298 |
| § | |
| Debtor § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 4,384.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 47,442.80 | Claims Discharged Without Payment: 878,411.11 |
| Total Expenses of Administration: 6,827.20 | |

3) Total gross receipts of $ 54,270.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 54,270.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,827.20 | 6,827.20 | 6,827.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 576,846.46 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 250,368.68 | 349,007.45 | 349,007.45 | 47,442.80 |
| **TOTAL DISBURSEMENTS** | $ 827,215.14 | $ 355,834.65 | $ 355,834.65 | $ 54,270.00 |

4) This case was originally filed under chapter 7 on 08/04/2017 . The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/03/2019     By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fifth Third checking | 1129-000 | 54,220.00 |
| Fifth Third savings | 1129-000 | 50.00 |
| **TOTAL GROSS RECEIPTS** | | **$54,270.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THE HELMS LAW FIRM PC | 2100-000 | NA | 5,963.50 | 5,963.50 | 5,963.50 |
| THE HELMS LAW FIRM PC | 2200-000 | NA | 13.00 | 13.00 | 13.00 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 20.98 | 20.98 | 20.98 |
| Associated Bank | 2600-000 | NA | 829.72 | 829.72 | 829.72 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,827.20 | $ 6,827.20 | $ 6,827.20 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABC Supply Co | | 9,565.79 | NA | NA | 0.00 |
| | Bright Bookkeeping LLC | | 375.00 | NA | NA | 0.00 |
| | Capital One FSB | | 6,739.51 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chitowski Law Office | | 150.00 | NA | NA | 0.00 |
| | Cincinnat Insurance | | 2,629.00 | NA | NA | 0.00 |
| | Commercial Tire | | 217.54 | NA | NA | 0.00 |
| | Conrad Roofing of IL | | 5,000.00 | NA | NA | 0.00 |
| | Cookies by Joey LLC | | 36.91 | NA | NA | 0.00 |
| | Crafline Construction | | 6,664.78 | NA | NA | 0.00 |
| | Fleet Matrix | | 2,450.00 | NA | NA | 0.00 |
| | Grove & Associates Reporting | | 552.50 | NA | NA | 0.00 |
| | Home Depot | | 4,304.65 | NA | NA | 0.00 |
| | Jay L. Dahl | | 0.00 | NA | NA | 0.00 |
| | Jensen Litigation Solutions | | 758.88 | NA | NA | 0.00 |
| | K. Hoving Recycling & Dispsosal | | 1,548.80 | NA | NA | 0.00 |
| | KC Printing | | 31.54 | NA | NA | 0.00 |
| | Keith Weber | | 9,657.60 | NA | NA | 0.00 |
| | Lakefront Supply | | 16,428.29 | NA | NA | 0.00 |
| | Northcoast of Chicago | | 3,275.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Piney Bowes Purchasing Power | | 666.00 | NA | NA | 0.00 |
| | Pitney Bowes Leasing | | 40.55 | NA | NA | 0.00 |
| | Presidential Construction & Roofing | | 14,692.62 | NA | NA | 0.00 |
| | Roetzel | | 120.00 | NA | NA | 0.00 |
| | Saety Check Inc. | | 6,325.00 | NA | NA | 0.00 |
| | Safeguard Business | | 149.50 | NA | NA | 0.00 |
| | SOW Construction | | 19,217.00 | NA | NA | 0.00 |
| | Tom & Barbara Wykle | | 400,000.00 | NA | NA | 0.00 |
| | Village of Palatine | | 0.00 | NA | NA | 0.00 |
| | West Bend Mutual Inc. | | 65,250.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 576,846.46 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | AMERICAN INTERSTATE INSURANCE CO. | 7100-000 | 10,500.00 | 30,234.99 | 30,234.99 | 4,153.55 |
| 11 | BADGER MUTUAL INSURANCE COMPANY | 7100-000 | 20,190.80 | 21,149.15 | 21,149.15 | 2,905.36 |
| 6 | GUS"S AUTO PLUS, INC. | 7100-000 | 1,341.55 | 1,615.77 | 1,615.77 | 221.97 |
| 1 | HOUSEWORKS DAYLIGHTING SOLUTIONS | 7100-000 | 383.28 | 383.28 | 383.28 | 52.65 |
| 3 | JJ SUPERIOR METAL INC. | 7100-000 | 10,771.79 | 10,771.79 | 10,771.79 | 1,479.78 |
| 4 | KINDWALD LAW OFFICES, P.C. | 7100-000 | 27,061.06 | 27,061.06 | 27,061.06 | 3,717.53 |
| 9 | KROPP EQUIPMENT INC. | 7100-000 | 879.25 | 879.25 | 879.25 | 120.79 |
| 2 | MACARTHUR CO. A MINNESOTA CORP | 7100-000 | 156,500.00 | 200,610.55 | 200,610.55 | 27,558.97 |
| 7 | T MOBILE/T-MOBILE USA INC | 7100-000 | NA | 2,025.52 | 2,025.52 | 278.26 |
| 8 | T MOBILE/T-MOBILE USA INC | 7100-000 | NA | 792.10 | 792.10 | 108.82 |
| 10 | TOMMY E. PINKARD | 7100-000 | 19,410.95 | 49,827.84 | 49,827.84 | 6,845.12 |
| 12 | NETSPHERE TECHNOLOGIES, INC. | 7200-000 | 3,330.00 | 3,656.15 | 3,656.15 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 250,368.68 | $ 349,007.45 | $ 349,007.45 | $ 47,442.80 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-23298 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | BT LAKESIDE ROOFING INC. | | | | Date Filed (f) or Converted (c): | 08/04/2017 (f) |
| | | | | | 341(a) Meeting Date: | 09/05/2017 |
| For Period Ending: | 04/03/2019 | | | | Claims Bar Date: | 12/14/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Fifth Third checking | 52,000.00 | 52,000.00 | | 54,220.00 | FA |
| 2. Fifth Third savings | 50.00 | 50.00 | | 50.00 | FA |
| 3. Office Equipment | 750.00 | 750.00 | | 0.00 | FA |
| 4 desktop computers (4-6 years old); postal machine; printer | | | | | |
| 4. 2010 Ford Edge Ltd. 153,000 miles | 3,634.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $56,434.00       $52,800.00       $54,270.00       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/1/18: Trustee recovered additional funds from Debtor's bank accounts. Trustee determined there were no pre-petition transfers recoverable by the Estate. Trustee reviewed claims and prepared her TFR.

9/30/17: Debtor has turned over to trustee funds in bank account. Trustee is investigating possible preferences.

Initial Projected Date of Final Report (TFR): 12/31/2018       Current Projected Date of Final Report (TFR): 12/31/2018

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 17-23298  
Case Name: BT LAKESIDE ROOFING INC.  
Taxpayer ID No: XX-XXX0327  
For Period Ending: 04/03/2019  

Trustee Name: BRENDA PORTER HELMS, TRUSTEE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX3896  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/13/17 | | BT Lakeside Roofing | Turnover of bank account | | $53,418.75 | | $53,418.75 |
| | | | Gross Receipts $53,418.75 | | | | |
| | 1 | | Fifth Third checking $53,368.75 | 1129-000 | | | |
| | 2 | | Fifth Third savings $50.00 | 1129-000 | | | |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.10 | $53,372.65 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $79.34 | $53,293.31 |
| 11/10/17 | 1 | BT Lakeside Roofing | proceeds of bank account | 1129-000 | $851.25 | | $54,144.56 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.53 | $54,067.03 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $80.38 | $53,986.65 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $80.27 | $53,906.38 |
| 02/28/18 | 101 | INTERNATIONAL SURETIES LTD International Sureties Ltd | #016073584 | 2300-000 | | $20.98 | $53,885.40 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.39 | $53,813.01 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $80.01 | $53,733.00 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.31 | $53,655.69 |

Page Subtotals: $54,270.00    $614.31

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 17-23298  
Case Name: BT LAKESIDE ROOFING INC.  
Taxpayer ID No: XX-XXX0327  
For Period Ending: 04/03/2019  

Trustee Name: BRENDA PORTER HELMS, TRUSTEE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX3896  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/18 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $79.77 | $53,575.92 |
| 07/09/18 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $77.08 | $53,498.84 |
| 08/07/18 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $79.54 | $53,419.30 |
| 12/13/18 |  | Transfer to Acct # xxxxxx0075 | Transfer of Funds | 9999-000 |  | $53,419.30 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $54,270.00 | $54,270.00 |
| Less: Bank Transfers/CD's | $0.00 | $53,419.30 |
| Subtotal | $54,270.00 | $850.70 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $54,270.00 | $850.70 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Page Subtotals: $0.00  $53,655.69

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-23298 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: BT LAKESIDE ROOFING INC. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0075 |
| | Checking |
| Taxpayer ID No: XX-XXX0327 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/03/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/13/18 | | Transfer from Acct # xxxxxx3896 | Transfer of Funds | 9999-000 | $53,419.30 | | $53,419.30 |
| 02/14/19 | 2001 | The Helms Law Firm P.C. | ATTORNEY FEES per order [dkt 22] | 2100-000 | | $5,963.50 | $47,455.80 |
| 02/14/19 | 2002 | The Helms Law Firm P.C. | trustee expenses (dkt #22) | 2200-000 | | $13.00 | $47,442.80 |
| 02/14/19 | 2003 | Houseworks Daylighting Solutions | Final distibution to creditors | 7100-000 | | $52.65 | $47,390.15 |
| 02/14/19 | 2004 | Mafcarthur Co | Final distibution to creditors | 7100-000 | | $27,558.97 | $19,831.18 |
| 02/14/19 | 2005 | JJ Superior Metal Inc. | Final distibution to creditors | 7100-000 | | $1,479.78 | $18,351.40 |
| 02/14/19 | 2006 | Kinwald Law Offices P.C. | Final distibution to creditors | 7100-000 | | $3,717.53 | $14,633.87 |
| 02/14/19 | 2007 | American Interstate Insurance Co | Final distibution to creditors | 7100-000 | | $4,153.55 | $10,480.32 |
| 02/14/19 | 2008 | Gus's Auto Plus Inc. | Final distibution to creditors | 7100-000 | | $221.97 | $10,258.35 |
| 02/14/19 | 2009 | TMobile/TMobile USA Inc. | Final distibution to creditors | 7100-000 | | $278.26 | $9,980.09 |
| 02/14/19 | 2010 | TMobile/TMobile USA | Final distibution to creditors | 7100-000 | | $108.82 | $9,871.27 |
| 02/14/19 | 2011 | Kropp Equipment Inc. | Final distibution to creditors | 7100-000 | | $120.79 | $9,750.48 |
| 02/14/19 | 2012 | Tommy E. Pinkard | Final distibution to creditors | 7100-000 | | $6,845.12 | $2,905.36 |
| 02/14/19 | 2013 | Badger Mutual Insurance Co | Final distibution to creditors | 7100-000 | | $2,905.36 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $53,419.30 | $53,419.30 |
| Less: Bank Transfers/CD's | $53,419.30 | $0.00 |
| Subtotal | $0.00 | $53,419.30 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $53,419.30 | $53,419.30 |

UST Form 101-7-TDR (10/1/2010) (Page: 12)

Net $0.00    $53,419.30

Exhibit 9

Page Subtotals: $0.00    $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0075 - Checking | $0.00 | $53,419.30 | $0.00 |
| XXXXXX3896 - Checking | $54,270.00 | $850.70 | $0.00 |
|  | $54,270.00 | $54,270.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $54,270.00 |
| Total Gross Receipts: | $54,270.00 |